

*KSC*

BAB/AD: 2026R00027

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | USDC - GREENBELT |
| | * | '26 JUN 25 PM 2:41 |
| v. | * | CRIMINAL NO. 26-217-PX |
| | * | |
| PAUL DEWAYNE DORSEY, | * | (Distribution of a Controlled Substance, |
| | * | 21 U.S.C. § § 841(a)(1), (b)(1)(B); |
| Defendant | * | Possession of Firearm in Furtherance of a |
| | * | Drug Trafficking Crime, |
| | * | 18 U.S.C. § 924(c); Felon in Possession of |
| | * | Firearms and Ammunition, |
| | * | 18 U.S.C. § 922(g)(1); Forfeiture, |
| | * | 18 U.S.C. § 924(d), 21 U.S.C. § 853, |
| | * | 28 U.S.C. § 2461(c)) |
| | * | |
| | * | **UNDER SEAL** |

*******

## INDICTMENT

### COUNT ONE
### (Distribution of a Controlled Substance)

The Grand Jury for the District of Maryland charges that:

On or about November 17, 2025, in the District of Maryland, the defendant,

**PAUL DEWAYNE DORSEY,**

knowingly distributed 40 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N- [ 1- ( 2-phenylethyl ) -4-piperidinyl ] propenamide, also known as fentanyl, a Schedule II controlled substance.

21 U.S.C. §§ 841(a)(1), (b)(1)(B)

## COUNT TWO
### (Distribution of a Controlled Substance)

The Grand Jury for the District of Maryland further charges that:

On or about December 3, 2025, in the District of Maryland, the defendant,

## PAUL DEWAYNE DORSEY,

knowingly distributed 40 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N- [ 1- ( 2-phenylethyl ) -4-piperidinyl ] propenamide, also known as fentanyl, a Schedule II controlled substance.

21 U.S.C. §§ 841(a)(1), (b)(1)(B)

2

## COUNT THREE
### (Possession of Firearms in Furtherance of a Drug Trafficking Crime)

The Grand Jury for the District of Maryland further charges that:

On or about December 3, 2025, in the District of Maryland, the defendant,

**PAUL DEWAYNE DORSEY,**

knowingly used and carried firearms—that is a Glock 22 .40 caliber pistol, a Taurus Model G3 9mm pistol, and a Sig Sauer Model SP2022 9mm pistol—during and in relation to, and possessed those firearms in furtherance of, a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, distribution of a controlled substance, in violation of 21 U.S.C. § 841, as charged in Count Two of this Indictment.

18 U.S.C. § 924(c)(1)(A)

3

## COUNT FOUR
### (Felon in Possession of Firearms and Ammunition)

The Grand Jury for the District of Maryland further charges that:

On or about December 3, 2025, in the District of Maryland, the defendant,

## PAUL DEWAYNE DORSEY,

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed firearms and ammunition—that is, a Glock 22 .40 caliber pistol, a Taurus Model G3 9mm pistol, a Sig Sauer Model SP2022 9mm pistol, and approximately 15 rounds of ammunition—and the firearms and ammunition were in and affecting interstate and foreign commerce.

18 U.S.C. § 922(g)(1)

4

## COUNT FIVE
### (Distribution of a Controlled Substance)

The Grand Jury for the District of Maryland further charges that:

On or about December 16, 2025, in the District of Maryland, the defendant,

## PAUL DEWAYNE DORSEY,

knowingly distributed 40 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N- [ 1- ( 2-phenylethyl ) -4-piperidinyl ] propenamide, also known as fentanyl, a Schedule II controlled substance.

21 U.S.C. §§ 841(a)(1), (b)(1)(B)

## COUNT SIX
**(Possession of Firearms in Furtherance of a Drug Trafficking Crime)**

The Grand Jury for the District of Maryland further charges that:

On or about December 16, 2025, in the District of Maryland, the defendant,

### PAUL DEWAYNE DORSEY,

knowingly used and carried firearms—that is an Aero Precision Inc. Model X15 AR-style rifle and a Polymer80 Model PF940SC .40 caliber pistol— during and in relation to, and possessed those firearms in furtherance of, a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, distribution of a controlled substance, in violation of 21 U.S.C. § 841, as charged in Count Five of this Indictment.

18 U.S.C. § 924(c)(1)(A)

## COUNT SEVEN
### (Felon in Possession of a Firearm)

The Grand Jury for the District of Maryland further charges that:

On or about December 16, 2025, in the District of Maryland, the defendant,

**PAUL DEWAYNE DORSEY,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm—that is, an Aero Precision Inc. Model X15 AR-style rifle—and the firearm was in and affecting interstate and foreign commerce.

18 U.S.C. § 922(g)(1)

## COUNT EIGHT
### (Distribution of a Controlled Substance)

The Grand Jury for the District of Maryland further charges that:

On or about January 6, 2026, in the District of Maryland, the defendant,

## PAUL DEWAYNE DORSEY,

knowingly distributed 40 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N- [ 1- ( 2-phenylethyl ) -4-piperidinyl ] propenamide, also known as fentanyl, a Schedule II controlled substance.

21 U.S.C. §§ 841(a)(1), (b)(1)(B)

## COUNT NINE
### (Distribution of a Controlled Substance)

The Grand Jury for the District of Maryland further charges that:

On or about January 22, 2026, in the District of Maryland, the defendant,

## PAUL DEWAYNE DORSEY,

knowingly distributed 40 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N- [ 1- ( 2-phenylethyl ) -4-piperidinyl ] propenamide, also known as fentanyl, a Schedule II controlled substance.

21 U.S.C. §§ 841(a)(1), (b)(1)(B)

## COUNT TEN
### (Distribution of a Controlled Substance)

The Grand Jury for the District of Maryland further charges that:

On or about February 19, 2026, in the District of Maryland, the defendant,

**PAUL DEWAYNE DORSEY,**

knowingly distributed 40 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N- [ 1- ( 2-phenylethyl ) -4-piperidinyl ] propenamide, also known as fentanyl, a Schedule II controlled substance.

21 U.S.C. §§ 841(a)(1), (b)(1)(B)

## COUNT ELEVEN
### (Possession of a Firearm in Furtherance of a Drug Trafficking Crime)

The Grand Jury for the District of Maryland further charges that:

On or about February 19, 2026, in the District of Maryland, the defendant,

### PAUL DEWAYNE DORSEY,

knowingly used and carried a firearm—that is an Polymer80 9mm pistol— during and in relation to, and possessed that firearm in furtherance of, a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, distribution of a controlled substance, in violation of 21 U.S.C. § 841, as charged in Count Ten of this Indictment.

18 U.S.C. § 924(c)(1)(A)

11

## COUNT TWELVE
### (Distribution of a Controlled Substance)

The Grand Jury for the District of Maryland further charges that:

On or about April 1, 2026, in the District of Maryland, the defendant,

## PAUL DEWAYNE DORSEY,

knowingly distributed 40 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N- [ 1- ( 2-phenylethyl ) -4-piperidinyl ] propenamide, also known as fentanyl, a Schedule II controlled substance.

21 U.S.C. §§ 841(a)(1), (b)(1)(B)

12

## COUNT THIRTEEN
### (Distribution of a Controlled Substance)

The Grand Jury for the District of Maryland further charges that:

On or about May 4, 2026, in the District of Maryland, the defendant,

**PAUL DEWAYNE DORSEY,**

knowingly distributed 40 grams or more of a mixture or substance containing a detectable

amount of N-phenyl-N- [ 1- ( 2-phenylethyl ) -4-piperidinyl ] propenamide, also known as

fentanyl, a Schedule II controlled substance.

21 U.S.C. §§ 841(a)(1), (b)(1)(B)

## FORFEITURE ALLEGATION

The Grand Jury for the District of Maryland further finds that:

1.      Pursuant to Fed. R. Crim. P. 32.2, notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence in accordance with 18 U.S.C. § 924(d), 21 U.S.C. § 853, and 28 U.S.C. § 2461(c), in the event of the defendant's conviction under Counts One through Thirteen of this Indictment.

### Narcotics Forfeiture

2.      Upon conviction of the offenses set forth in Counts One, Two, Five, Eight, Nine, Ten, Twelve, and Thirteen of this Indictment, the defendant,

### PAUL DEWAYNE DORSEY,

shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a): (a) any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense; and (b) any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense.

### Firearms and Ammunition Forfeiture

3.      Upon conviction of the offense set forth in Counts Three, Four, Six, Seven, and Eleven of this Indictment, the defendant,

### PAUL DEWAYNE DORSEY,

shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in those offenses.

### Property Subject to Forfeiture

4.      The property to be forfeited includes, but is not limited to:

14

a.      One Glock 22 .40 caliber pistol, bearing serial number SZK958;

b.      One Taurus Model G3 9mm pistol, bearing serial number ACC705624;

c.      One Sig Sauer Model SP2022 9mm pistol, bearing serial number SP0160645;

d.      One Aero Precision Inc. Model X15 AR-style rifle, bearing serial number USA22807;

e.      One Polymer80 Model PF940SC .40 caliber pistol;

f.      One Polymer80 9mm pistol; and

g.      approximately 15 rounds of ammunition

seized in St. Mary's County, Maryland on or about December 3, 2025, and December 16, 2025, and in Charles County, Maryland on or about February 19, 2026.

### Substitute Assets

5.      If, as a result of any act or omission of the defendant, any such property subject to forfeiture:

a.      cannot be located upon the exercise of due diligence;

b.      has been transferred or sold to, or deposited with, a third person;

c.      has been placed beyond the jurisdiction of the Court;

d.      has been substantially diminished in value; or

e.      has been commingled with other property which cannot be subdivided without difficulty,

the United States, pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), shall be entitled to forfeiture of substitute property up to the value of the forfeitable property.

18 U.S.C. § 924(d)
21 U.S.C. § 853

28 U.S.C. § 2461(c)

Kelly O. Hayes /BB

Kelly O. Hayes
United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**

Foreperson

Date: June 25, 2026

16